# STATEMENT OF QUALIFICATIONS

**Robert F. Thompson**
City of Miami Police Department
Bureau of Alcohol, Tobacco, Firearms and Explosives (TFO)
Miami, FL

I, Robert F. Thompson, hereby declare and state:

1. Since July 2009, I have been employed as a Florida State certified police officer by the City of Miami Police Department. I have remained in good standing without separation or deficient judgements.

2. Since 2019, I have been employed as a Detective with the City of Miami Police Department, positioned as a detective within the Crime Gun Intelligence Detail and a sworn Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). As a Detective with the City of Miami Police Department, one of my responsibilities is conducting criminal investigations concerning alleged violations of the State and Federal firearms laws. I have acquired knowledge and experience required for this function through advanced training, investigations, research, records, familiarity, and conferring in a peer review panel with other experts within the field of firearms. I prepare reports and official correspondence relating to the identification, origin, ballistic histories and classification of firearms and ammunition under the provisions of state and federal firearms laws. Additionally, I have authored many of the Standard Operating Procedures currently in use by the Miami Police Crime Gun Intelligence Detail.

3. Since 2019, I have examined thousands of firearms and thousands of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act & Gun Control Act of 1968.

4. Since 2020 I have participated in over one hundred criminal investigations concerning the identification, operation, and criminal use of machineguns within the South Florida region.

5. Since 2015, I have been a certified firearm armorer encompassing multiple firearm platforms. Additionally, I served as an MPD armorer since 2015. My duties included the yearly inspection of 1,200+ firearms to ensure operability and compliance with MPD standards.

6. Since 2019, in addition to my investigative duties, I serve as the Crime Gun Intelligence Detail firearms armorer. While performing within this role, I hold the responsibility for inspections, diagnostics, and repairs associated with the safe operations for all recovered firearms.

7. Since 2019, I have created and implemented Standard Operating Procedures and best practices adopted by the City of Miami Police Department and partnering agencies associated with NIBIN investigations, test fire operations, inspections and safe handling of firearms equipped with Machinegun Conversion Devices (MCDs).

8. Since 2021, I have been recognized as a Subject Matter Expert (SME) by the City of Miami Police Department, Bureau of Alcohol Tobacco & Firearms, Bureau of Justice Assistance and the National Justice Clearing House in matters concerning Machinegun Conversion Devices (MCD), and Privately Made Firearms (PMF). Additionally, I have provided multiple training courses on local, national and international platforms, detailing the history, functions, and criminal investigations of Machinegun Conversion Devices (Machineguns) and Privately Made Firearms (Ghost Guns).

9. Since 2022, in addition to my investigative and instructional duties, I have also served as the Miami Police Crime Gun Intelligence Detail's analyst. In this position I have been tasked with tracking violent firearms crime, developing hot spots in which to deploy investigative resources, researching and detailing ballistic investigations outlined by NIBIN, and identifying persons who exhibit patterns and practices associated with firearms straw purchasing and trafficking. In 2024, I was recognized for my efforts and was provided a formal training opportunity, attending the International Association for Criminal Analysts Training Conference in Las Vegas, NV.

*Space Antenatally Left Blank*

10. I have been repeatedly invited to speak on topics concerning firearm identification and investigations and was chosen as a presenter at the following venues:

> **March 2022 –** Best Practices for Crime Gun Investigations, Phoenix, AZ
>
> **August 2023 –** Bureau of Justice Assistance Violent Crime Summit in Cincinnati, OH
>
> **December 2023 -** Bureau of Justice Assistance Crime Gun Intel. Conference in Indianapolis, IN
>
> **January 2024 –** MCD & PMF Identification and Investigation Training in San Juan, PR
>
> **August 2024 –** FBI National Academy Associates in Miami Beach, FL
>
> **August 2024 –** National Policing Institute Crime Gun Intel. Conference, Miami, FL
>
> **September 2024** – Additive Manufacturing Summit (MCD Investigations), Washington, DC
>
> **December 2024 -** Bureau of Justice Assistance Violent Crime Summit in Minneapolis, WI
>
> **April 2025 –** CNA PSP Webinar Training focus on Firearm Identification, Machinegun Conversion Devices & Privately Made Firearms
>
> **June 2025 –** Provided training to local South Florida Firearm Dealers (FFLs) concerning straw purchaser Behaviors and investigative strategies.
>
> **Quarterly Since 2021 –** Provided regional training to multiple law enforcement and judicial agencies concerning Machinegun Conversion Devices (MCDs) & Privately Made Firearms (PMFs)

11. I continually interact with the ATF National Tracing Center concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, State, and local law enforcement agencies with firearm tracing and with matters concerning straw purchasing / trafficking.

12. I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of the City of Miami Police Department liaison with the firearms industry.

*Space Left Blank Intentionally*

13. I have received formal training in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    - Certified Firearm Specialist – International Firearm Specialist Academy Orange County, FL
    - Crime Gun Intelligence Expert Training – ATF, Atlanta, GA & Washington DC
    - Glock Advanced Armorer Training – Miami, FL
    - NIBIN Technician Training- Miami Police Department, Miami, Florida
    - Firearm Identification & Test Fire Technician – MDPD Ballistics Laboratory, Miami, FL
    - Firearms Instructor Training- FDLE, Miami, FL
    - Firearms Skills Enhancement – Miami Dade School of Justice, Miami, FL
    - AR15 / M4 / M16 / Shotgun – Advanced Armorer's Course – Triton Training Group, Miami, FL
    - Instructional Guide to Firearms History – Knight Armament, Titusville, FL

14. That for over two decades I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as, *Gun Trader's Guide, Gun Digest, Blue Book of Gun Values, Guns and Ammo,* as well as subscriptions to other various resources and publications in order to remain familiar with firearms and firearm trends.

15. In 2003, I achieved a bachelor's degree in communications / public relations from Slippery Rock University of Pennsylvania.

16. I am a current and active participant within a national group of certified, expert firearm examiners. As a member of this group, I regularly submit and review firearm identification and operability reports, providing and receiving peer review for expert analysis.

17. I have been previously tendered as a federal court firearm expert, made effective through continuous training and trial testimony.

18. That I have been tendered as expert firearms witness in the case of USA v. Kevin Byron C# 21-CR-20553-PCH, culminating in a jury guilty verdict on June 9, 2022.

19. That I have been tendered expert NIBIN witness in the case of USA v. Steven Michael Cenephat C# 20-20230-CR-Altonaga.

20. That I have been tendered expert firearm identification witness in the case of USA v. Reyvon Boyd Etal. C# 1:21-cr-20064.

21. That I have been tendered expert NIBIN witness in the case of Florida v. Christopher Satberry C# F21-005770

22. That I have been tendered expert firearm identification witness in the case of USA v. Kevin Byron C# 21-cr-20553.

23. That I have been tendered expert firearm identification witness in the case of Florida v. Deiontae Fance C# F22-000227.

24. That I have been tendered expert firearm identification witness in the case of Florida v. Jose Antonio Rivera, Etal C# F22-20257

25. That I have been tendered expert firearm identification witness in the case of Florida v. Sergio Morales C# F-22-001905-C.

26. That I have been tendered expert firearm identification witness in the case of Florida v. Cyril Jones C# F-22-004196.

27. That I have been tendered expert firearm identification witness in the case of USA v. Deondre Lamont Bain C# 23-cr-20048.

28. That I have been tendered expert firearm identification witness in the case of Florida v. Virgil Woodson C# F-22-015057.

29. That I have been tendered expert NIBIN witness in the case of USA v. Frederick Lee Alvin C# 22-cr-20244.

30. 24. That I have been tendered expert firearm identification witness in the case of 25-cr-20171 – United States v. Dennis Anthony Pollard.

31. 25. That I have been tendered expert firearm identification witness in the case of 25-cr-20134 -- US v. Andre Whittaker.

_____
Detective Robert F. Thompson #29123 / ATF TFO # 6502
City of Miami Police Department

Case 1:25-cr-20496-KMM   Document 68-1   Entered on FLSD Docket 01/05/2026   Page 6 of 6